**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| DEMETRIUS J. GRANT, | : | No. 18 WAP 2023 |
| | : | |
| Appellant | : | Appeal from the order of the |
| | : | Commonwealth Court enter August |
| | : | 16, 2023 at 341 MD 2021 |
| v. | : | |
| | : | |
| | : | |
| DEPARTMENT OF CORRECTIONS, | : | |
| | : | |
| Appellee | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW,** this 31st day of May, 2024, the order of the Commonwealth Court is

**AFFIRMED**.